1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Thomas S. Kiddé, SB No. 61717
2   Email: kidde@lbbslaw.com
William E. Pallares, SB No. 187740
3   Email: pallares@lbbslaw.com                                    JS-6
221 North Figueroa Street, Suite 1200
4   Los Angeles, California 90012
Telephone: (213) 250-1800
5   Facsimile:  (213) 250-7900

6   Attorneys for Defendants
Tracking Now, LLC, Geoff Gross and
7   Medical Guardian , LLC

8

9                          UNITED STATES DISTRICT COURT

10                         CENTRAL DISTRICT OF CALIFORNIA

11

12   LIFE ALERT EMERGENCY RESPONSE,      ) CASE NO. CV 08-4961 JFW (CTx)
INC., a California corporation,        )
13                                         ) **FINAL JUDGMENT AND PERMANENT**
                   Plaintiff,            ) **INJUNCTION**
14                                         )
            v.                           )
15                                         )
TRACKING NOW, LLC, a Pennsylvania     )
16   limited liability company, GEOFF GROSS, an )
individual, and MEDICAL GUARDIAN, LLC, )
17   a Pennsylvania limited liability company )
                                         )
18                 Defendants.            )
_____)
19

20

21            Plaintiff Life Alert Emergency Response, Inc. ("Plaintiff") and Defendants Tracking

22   Now, LLC, Geoff Gross and Medical Guardian, LLC ("Defendants") having stipulated to a Final

23   Judgment and Permanent Injunction, and having waived any required findings of fact and/or

24   conclusions of law, and having further waived any additional notice, and having stipulated and

25   agreed that this Permanent Injunction may be entered forthwith;

26        **IT IS ORDERED, ADJUDGED AND DECREED:**

27        1.    Defendants, Tracking Now, LLC, Geoff Gross, and Medical Guardian, LLC, and any

28   person or entity owned or controlled by Tracking Now, LLC, Geoff Gross or Medical Guardian,

-1-



1 LLC (collectively the "Enjoined Parties"), are hereby permanently, restrained, enjoined and

2 prohibited, directly or indirectly, by any means, method or device whatsoever, from using the

3 trademarks "Life Alert", "Help, I've Fallen and I Can't Get Up!" and "I've Fallen and I Can't Get

4 Up!", or any imitation or variation thereof, in connection with the sale, offering for sale,

5 distribution, manufacturing, advertising, or promotion of goods and/or services, relating to and in

6 connection with the personal emergency response industry, by an Enjoined Party including, but not

7 limited to, purchasing or bidding on them as "keywords" on internet search engines or using them

8 in connection with any website, whether visible text of the website or in metatags.

9      2.    This Final Judgment and Permanent Injunction contained herein shall be binding

10 upon the Enjoined Parties upon entry by the Court without further notice to any party.  The Court

11 shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of

12 this Final Judgment and Permanent Injunction.

13      3.    No bond shall be required to secure this Final Judgment and Permanent Injunction.

14      4.    That upon entry by the Court of the Final Judgment and Permanent Injunction, all

15 claims against Defendants be dismissed with prejudice.

16      5.    That each party shall bear its own costs and fees.

17

18 **IT IS SO ORDERED:**

19

20 Dated: May 26, 2009

21 Hon.  John F. Walter
DISTRICT COURT JUDGE

22

23

24

25

26

27

28



[PROPOSED] FINAL JUDGMENT
AND PERMANENT INJUNCTION                CV 08-4961 JFW (CTX)